UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTTIE LEVIAS AND URSELLA LEVIAS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. 4:24-cv-03164 |
| UNITED STATES OF AMERICA, | § § § § | |
| Defendant | § § | |

## NOTICE OF APPEAL

Notice is hereby given that Scottie Levias and Ursella Levais, Plaintiffs in the above named case, hereby appeal to the Fifth Circuit from the final judgment entered in this action on the 3rd day of February 2025.

Respectfully Submitted,

/s/ Laurie Higginbotham
LAURIE HIGGINBOTHAM
lhigginbotham@nationaltriallaw.com
Texas State Bar #50511759
TOM JACOB
tjacob@nationaltriallaw.com
Texas State Bar #24069981
WHITEHURST, HARKNESS, BREES,
 CHENG, ALSAFFAR, HIGGINBOTHAM,
 & JACOB P.L.L.C.
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

Attorneys for the Plaintiffs
**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2025, a true and correct copy of the foregoing instrument has been served on counsel of record through the Court's CM/ECF system:

Christina Cullom
Assistant United States Attorney
Attorney in Charge
Southern District No. 3825236
Texas Bar No. 24122806
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9962
Fax: (713) 718-3303
E-mail: Christina.Cullom@usdoj.gov

/s/ Laurie Higginbotham
Laurie Higginbotham